ond Circuit denied on the ground that the case is moot, it appearing that petitioner no longer is in respondent's custody, *United States ex rel. Innes* v. *Crystal,* 319 U. S. 755, and cases cited. *Messrs. Arthur Garfield Hays* and *Gerald Weatherly* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Chester T. Lane* and *Edward G. Jennings* for respondent. *Messrs. William H. Hastie, Thurgood Marshall,* and *Leon A. Ransom* filed a brief on behalf of the National Association for the Advancement of Colored People, as *amicus curiae,* in support of petitioner. 

No. 950. GRESHAM *v.* INDIANA BAR ASSOCIATION. May 29, 1944. The petition for writ of certiorari to the District Court of the United States for the Southern District of Indiana or for other relief is denied. *Mr. Otto Gresham* for petitioner.

No. 949. UNITED STATES *v.* LOS ANGELES & SALT LAKE RAILROAD Co. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Solicitor General Fahy* for the United States. *Messrs. Louis W. Myers, William W. Clary, Joseph F. Mann, T. W. Bockes,* and *Henry M. Isaacs* for respondent. 

No. 844. KITZMILLER *v.* PESCOR, WARDEN. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Albert Kitzmiller, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *W.*

*Marvin Smith,* and *Miss Beatrice Rosenberg* for respondent.

No. 985. SHARPE *v.* KENTUCKY. May 29, 1944. Petition for writ of certiorari.to the Circuit Court of Appeals for the Sixth Circuit denied.

No. 1001. BRIGGS *v.* ILLINOIS. May 29, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1006. THOMPSON *v.* NIERSTHEIMER, WARDEN. May 29, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1007. MOSS *v.* RAGEN, WARDEN. May 29, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1014. KELLY *v.* ILLINOIS. May 29, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1015. RAGGIO *v.* RAGEN, WARDEN. May 29, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1016. SAMPSON *v.* RAGEN, WARDEN. May 29, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 922. TOMKINS *v.* MISSOURI. May 29, 1944. Petition for writ of certiorari to the Supreme Court of Mis-